IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00274–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOSEPH ANDREW ZMUGG,

      Defendant.

---

### ORDER AND NOTICE OF SETTINGS

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

      This matter is set for a three-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **March 6, 2006,** in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

      **ORDERED** that the deadline for filing all motions is <u>February 2, 2006</u>.  All responses shall be filed by <u>February 9, 2006</u>.  A hearing on the motions, if necessary, is set for **February 16, 2006**, at 2:15 o'clock p.m.  It is further

      **ORDERED** that a change of plea hearing is scheduled to commence at 10:30 o'clock a.m. on Friday, **February 24, 2006**.  The deadline for submitting the plea agreement and statement of

1

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is

Wednesday, <u>February 22, 2006</u>.

Dated: January 4, 2006