IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05-cr-00274-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSEPH ANDREW ZMUGG,

    Defendant.

## ORDER EXCLUDING WITNESSES

    It is

    **ORDERED** as follows:

    1.    All persons who expect to be called as witnesses in the case of *United States of America v. Joseph Andrew Zmugg*, Criminal Action No. 05-cr-00274-EWN, are **EXCLUDED FROM THE COURTROOM** during all further proceedings in the case.

    2.    No witness shall discuss with any other witness either the questions propounded to the witness or the testimony which he or she gave in response to the questions.

    Dated this 9th day of March, 2006.

    BY THE COURT:

    */s/ Edward W. Nottingham*
    EDWARD W. NOTTINGHAM
    United States District Judge