IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00274-EWN-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JOSEPH ANDREW ZMUGG,

    Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

The United States and Defendant Joseph Andrew Zmugg entered into a Plea Agreement and Statement of Facts Relevant to Sentencing which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. §2253;

THAT prior to the disposition of the assets, the United States Marshals Service, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 18 U.S.C. §2253(m);

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant Zmugg's interest in the following property is forfeited to the

United States in accordance with 18 U.S.C. §2253:

    One home-built computer with three hard drives:
    **1**. Western Digital, s/n WMAES1646776, 120 GB;
    **2.** Seagate, s/n GTJ85050, 4.3 GB;
    **3.** Fujitsu, s/n 01009554, 2.5 GB

THAT the United States Marshals Service, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make your return as provided by law;

THAT the United States Marshals Service, or its designated sub-custodian, shall publish notice of this Order of Forfeiture in accordance with 18 U.S.C. §2253(m) in a newspaper of general circulation in Denver, Colorado, and in all cities in which the property was seized, for four consecutive weeks and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §2253(m), in which all interests will be addressed.

SO ORDERED this 23rd day of June, 2006.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                United States District Court Judge