IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00274-EWN-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JOSEPH ANDREW ZMUGG,

      Defendant.

## FINAL ORDER OF FORFEITURE AND JUDGMENT

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture and Judgment. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. §2253;

THAT a Preliminary Order of Forfeiture was entered on June 23, 2006;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 2253(m);

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. §2253;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT judgment of forfeiture of the following property, shall enter in favor of the United States pursuant to 18 U.S.C. §2253, free from the claims of any other party: One home-built

computer with three hard drives:

      **1**. Western Digital, s/n WMAES1646776, 120 GB;
      **2.** Seagate, s/n GTJ85050, 4.3 GB;
      **3.** Fujitsu, s/n 01009554, 2.5 GB

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

SO ORDERED this 9th day of January, 2007.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Court Judge